UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT W. HURWITZ, RONALD A. ) | |
| HURWITZ, ILLINOIS DEPARTMENT OF ) | |
| TRANSPORTATION, STATE OF ) | |
| ILLINOIS, and D CONSTRUCTION, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ROBERT W. HURWITZ, and RONALD A. ) | |
| HURWITZ, ) | |
| ) | |
| Defendants/Third-Party Plaintiffs, ) | No. 16 C 5033 |
| ) | |
| v. ) | Formerly Case No. 15L008442 |
| ) | Circuit Court of Cook County, Illinois |
| CHRISTOPHER C. DAMATO, ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |
| ROBERT W. HURWITZ, and RONALD A. ) | |
| HURWITZ, ) | |
| ) | |
| Defendants/Counter Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| D CONSTRUCTION, INC., ) | |
| ) | |
| Defendant/Counter-Defendant. ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
<u>SUBSTITUTION OF THE UNITED STATES AS DEFENDANT</u>**

| | |
|---|---|
| To: Dorothy Brown<br>Clerk of the Circuit Court<br>Richard J. Daley Center, Room 1001<br>50 West Washington Street<br>Chicago, Illinois 60602 | John E. Norton<br>David C. Bruss<br>John E. Norton & Associates, LLC<br>109 N. Hale Street, P.O. Box 846<br>Wheaton, Illinois 60187 |
| Alan C. Sangiacomo<br>One N. Lasalle #425<br>Chicago, Illinois 60602 | Meachum, Starck, & Boyle<br>225 W. Washington, 2500<br>Chicago, Illinois 60606 |

The United States, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to § 2679 of the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680, and in support thereof states the following:

1. On January 19, 2016, defendants/third-party plaintiffs filed a third-party complaint for contribution in the above civil action against Christopher C. D'Amato in the Circuit Court of Cook County, alleging negligence. Copies of all process, pleadings and orders served upon the third-party defendant are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) upon certification by the designee of the Attorney General of the United States that third-party defendant Christopher C. D'Amato was acting within the scope of his federal employment at the time of the incident(s) alleged in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2); 28 U.S.C. § 1442a. Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the

United States, and the United States is substituted as the sole federal third-party defendant in place of third-party defendant Christopher C. D'Amato.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and the United States is substituted as the third-party defendant in lieu of Christopher C. D'Amato.

                    Respectfully submitted,

                    ZACHARY T. FARDON
                    United States Attorney

                    By: s/ Susan Willoughby Anderson
                        SUSAN WILLOUGHBY ANDERSON
                        Assistant United States Attorney
                        219 South Dearborn Street
                        Chicago, Illinois 60604
                        (312) 353-5300
                        willoughby.anderson@usdoj.gov